UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SIMON CHIKHLADZE,

           Plaintiff,

-against-

TEA TSULUKIANI, ET AL.,

           Defendants.

25-CV-7144 (LTS)

ORDER DENYING IFP APPLICATION

LAURA TAYLOR SWAIN, Chief United States District Judge:

      Leave to proceed in this Court without prepayment of fees is denied because Plaintiff's monthly income (ECF 12) is sufficient to pay the fees. *See* 28 U.S.C. § 1915(a)(1). Plaintiff is directed to pay $405.00 in fees – a $350.00 filing fee and a $55.00 administrative fee – within 30 days of the date of this order. If Plaintiff fails to comply with this order within the time allowed, the action will be dismissed without prejudice.

SO ORDERED.

Dated:    September 29, 2025
             New York, New York

                                      /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                      Chief United States District Judge